# Court of Appeals
# of the State of Georgia

ATLANTA,   May 11, 2012   

*The Court of Appeals hereby passes the following order:*

**A12A1745.  JEFFREY UNRUE v. THE STATE.**

After Jeffrey Unrue was acquitted of two counts of aggravated assault, he filed a motion to expunge an order of nolle prosequi from an indictment.  He subsequently filed a motion to recuse, which the trial court denied.  Unrue then filed this direct appeal.

As a general rule, an order denying a motion to recuse is interlocutory in nature.  See *Ellis v. Stanford*, 256 Ga. App. 294, 295 (2) (568 SE2d 157) (2002).  Given that Unrue's motion to expunge remains pending below, it appears this appeal is interlocutory.[1]  "An appeal of such an order requires compliance with the interlocutory appeal provisions of OCGA § 5-6-34 (b)."  Id.  Unrue's failure to comply with the necessary appellate procedure deprives us of jurisdiction over his appeal, which is hereby DISMISSED. See *Rolleston v. Glynn County Bd. of Tax Assessors*, 213 Ga. App. 552, 553 (445 SE2d 345) (1994).

---

[1] Although the trial court orally denied Unrue's motion to expunge, "'[a]n oral order is not final nor appealable until and unless it is reduced to writing, signed by the judge, and filed with the clerk.'" *Cameron v. Miles*, 304 Ga. App. 161 (695 SE2d 691) (2010).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/11/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*